United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>ROGER MILLER,<br><br>    Defendant.<br>_____ / | No. CR 01-0021 SI<br><br>**ORDER SETTING BRIEFING SCHEDULE AND HEARING RE OBJECTION TO WRIT OF GARNISHMENT** |
| UNION BANK OF CALIFORNIA,<br><br>    Garnishee.<br>_____ / | |

Defendant Roger Miller has filed an objection to garnishment and has requested a hearing. Accordingly, the following briefing and hearing schedule is established:

1. Defendant's brief re written objections due:   June 1, 2007;
2. Plaintiff's opposing brief due:   June 25, 2007;
3. Defendant's reply brief, if any, due:   July 3, 2007;
4. Hearing:   July 13, 2007 at 11:00 a.m.

**IT IS SO ORDERED.**

DATED: May 9, 2007

_____
SUSAN ILLSTON
United States District Judge